IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JAMES NEELY                                                                                           PLAINTIFF

VS.                                        4:15CV00708 BRW/PSH

PULASKI COUNTY
REGIONAL DETENTION FACILITY, *et al.*                                        DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition ("RD") submitted by United States Magistrate Judge Patricia S. Harris (Doc. No. 11). No objections were filed and the time for doing so has passed. After considering the RD and making a *de novo* review of the record in this case, the Court approves and adopts the RD in all respects.

Accordingly, Plaintiff's claims against the Pulaski County Regional Detention Facility are DISMISSED WITH PREJUDICE.

IT IS SO ORDERED, this 18th day of February, 2016.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE