# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

**JAMES NEELY**                                                  **PLAINTIFF**

**V.**                       **4:15CV00708 BRW/PSH**

**PULASKI COUNTY**
**REGIONAL DETENTION FACILITY**                                  **DEFENDANT**

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT plaintiff's claims against the Doe defendants are DISMISSED WITHOUT PREJUDICE.

DATED this 28th day of April, 2016.

                                                        /s/ Billy Roy Wilson

                                                   UNITED STATES DISTRICT JUDGE