# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

JAMES NEELY                                                                                           PLAINTIFF

VS.                                   4:15-CV-00708 BRW/PSH

CHARLES HOLLADAY and
CHARLES JOHNSON                                                                                 DEFENDANTS

## ORDER

I have received proposed Findings and Recommendations from Magistrate Judge Patricia S. Harris. No objections have been filed and the time for doing so has passed. After careful review, I approve and adopt the Findings and Recommendations in their entirety.

IT IS SO ORDERED this 18th day of May, 2017.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE