# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**JAMES NEELY**                                                                  **PLAINTIFF**

VS.                     **4:15-CV-00708 BRW/PSH**

**CHARLES HOLLADAY and**
**CHARLES JOHNSON**                                             **DEFENDANTS**

## JUDGMENT

Based on the Order filed this date, judgment is entered dismissing this case without prejudice. The relief sought is denied.

IT IS SO ORDERED this 18th day of May, 2017.

                                                                   /s/ Billy Roy Wilson
                                                                   UNITED STATES DISTRICT JUDGE